SLIP OPINION

Cite as 2016 Ark. 191

# SUPREME COURT OF ARKANSAS

No. D-16-301

| | |
|---|---|
| STARK LIGON, AS EXECUTIVE DIRECTOR OF THE SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT <br>                           PETITIONER <br><br> V. <br><br><br> TERESA LYNETTE BLOODMAN, ATTORNEY AT LAW, ABN 2005055 <br>                         RESPONDENT | **Opinion Delivered** April 28, 2016 <br><br><br><br> MOTION FOR APPOINTMENT OF SPECIAL JUDGE <br><br><br><br> SPECIAL JUDGE APPOINTED. |

**PER CURIAM**

Stark Ligon, Executive Director of the Arkansas Supreme Court Committee on Professional Conduct, has filed a petition for disbarment against the respondent, Teresa Lynette Bloodman.

Pursuant to section 13(A) of the Procedures of the Arkansas Supreme Court Regulating Professional Conduct of Attorneys at Law, a special judge shall be appointed to preside over the disbarment proceedings in the instant case. After hearing all the evidence relevant to the alleged misconduct, the judge shall make findings of fact, conclusions of law, and recommendations of an appropriate sanction, and shall file them, along with a transcript and the record of the proceedings, with the clerk of the supreme court.

We hereby appoint the Honorable Kim Smith as a special judge to hear this matter and to provide the court with findings of fact, conclusions of law, and recommendations of an

SLIP OPINION

appropriate sanction. Upon receipt of the special judge's findings, we will render a decision in this matter.

It is so ordered.

WOOD, J., not participating.